# IN THE UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF VIRGINIA
### Richmond Division

| | |
|---|---|
| IN RE: } | |
| } | Case No. 18-35505-KLP |
| Loran Brown } | |
| } | Chapter 13 |
| } | |
| } | |
| **Debtor** } | |
| Address  140 Ogden Street | |
| Westpoint, Va. 23181 | |

SSN:     xxx-xx-3354

## NOTICE OF MOTION AND NOTICE OF HEARING

Loran Brown, ("Debtor"), by counsel, has filed a Motion For Authority to Sell Real Estate, Motion to Expedite, and Motion to Shorten Notice Period.

**Your rights may be affected.** You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case.

If you do not want the court the grant the relief sought in the motion, or if you want the court to consider your views on the motion, then on or before you or your attorney must:

- ✓ File with the court, at the address shown below, a written request for a hearing [or a written response pursuant to Local Bankruptcy Rule 9013-1(H)]. If you mail your request for hearing (or response) to the court for filing, you must mail it early enough so the court will receive it on or before the date stated above.

**Clerk of Court**
**United States Bankruptcy Court**
**701 E. Broad Street, Room 4000**
**Richmond, VA 23219**

Massie Law Firm, PC<br>
Joseph Massie, III, Esquire (Bar No. 35472)<br>
115 N. 1st Street<br>
Richmond, VA 23219<br>
(804) 644-4878 (T)<br>
(804) 644-4874 (F)<br>
}

| | | |
|---|---|---|
| | } | Case Np. 18-35505-KLP |
| Loran Brown | | |
| Debtor | } | |
| | } | |
| | } | Chapter 13 |

You must also mail a copy to:
Joseph Massie, III
115 N. 1st Street
Richmond, VA 23219-2125

✓ **Attend a hearing scheduled for March 23, , 2022 at 10:00 A.M.. at Judge Huennekens at 701 E. Broad Street, Room 5000, Richmond, VA 23219.**

If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in the motion and may enter an order granting that relief.

/s/: Joseph Massie, III
Joseph Massie, III
115 N. 1st Street
Richmond, VA 23219-2125
(804) 644-4878 (T)
(804) 644-4874 (F)

### CERTIFICATE OF SERVICE

I hereby certify that pursuant to Local Rule 9022-1, on March 16, 2022, the foregoing **Notice of Motion** has been served on and/or endorsed by all necessary parties.

March 16, 2022                    RESPECTFULLY SUBMITTED

Loran Brown

By: /s/: Joseph Massie, III
Joseph Massie, III
115 N. 1st Street
Richmond, VA 23219-2125
(804) 644-4878 (T)
(804) 644-4874 (F)

Massie Law Firm, PC
Joseph Massie, III, Esquire (Bar No. 35472)
115 N. 1st Street
Richmond, VA 23219
(804) 644-4878 (T)
(804) 644-4874 (F)
}
)    Case Np. 18-35505-KLP
Loran Brown
Debtor                    )
)
)    Chapter 13

## IN THE UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF VIRGINIA
### Richmond Division

In re: Loran Brown                    Case Number 18-35505-KLP
                                              Chapter 13

    Debtor

## MOTION TO EXPEDITE HEARING

COMES NOW, Loran Brown, the Debtor, by Counsel, and offer the following in support of his **Motion to Expedite Hearing** on the **Motion to Authorize the of Sell Real Estate**:

1. On November 1, 2018 , Debtor filed in the Honorable Court a petition for relief under Chapter 13 of Bankruptcy Code 11 USC § §1301 *et seq.*
2. Debtor seeks to Sell Real Estate.
3. That an expedited hearing on the Motion *hearing is* necessary for the following reason:
4. **That the rules require that the Debtor give 21 days notice so that potential creditors can respond to his Motion.**
5. **That the closing date for the sell is on or about March 30, 2022..**
6. An expedited hearing is necessary under the circumstances and creditors and parties in interest will not be prejudiced by such expedited hearing being granted, in fact it is their best interest.

WHEREFORE, the Debtor respectfully request this Honorable Court to schedule a hearing to be heard on an expedited basis to consider the **Motion For Authority to Sell Real Estate** and for such other and further relief as the Court deems proper.

March 16, 2022                    RESPECTFULLY SUBMITTED,
                                          Loran Brown

            By:        /s/: Joseph Massie, III
                                          Joseph Massie, III
                                          115 N. 1st Street

Massie Law Firm, PC
Joseph Massie, III, Esquire (Bar No. 35472)
115 N. 1st Street
Richmond, VA 23219
(804) 644-4878 (T)
(804) 644-4874 (F)
}

Loran Brown        }        Case Np. 18-35505-KLP
Debtor             }
                   }
                   }        Chapter 13

Richmond, VA 23219-2125
(804) 644-4878 (T)
(804) 644-4874 (F)

# IN THE UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF VIRGINIA
### Richmond Division

In re: Loran Brown                     Case Number 18-35505-KLP
                                       Chapter 13
    Debtor


## CERTIFICATION REGARDING REQUEST FOR EXPEDITED HEARING

In support of the attached request for an expedited hearing as required by Local Rule 9013-1(N), I hereby certify that:
1. I have carefully examined the matter and concluded that there is a true need for an emergency hearing.
2. I have not created the emergency through any lack of due diligence, and
3. I have made a *bona fide* effort to resolve the matter without hearing.


March 16, 2022                     RESPECTFULLY SUBMITTED,
                                   Loran Brown

                    By:     /s/: Joseph Massie, III
                            Joseph Massie, III
                            115 N. 1st Street
                            Richmond, VA 23219-2125
                            (804) 644-4878 (T)
                            (804) 644-4874 (F)


## CERTIFICATE OF SERVICE
I hereby certify that pursuant to Local Rule 9022-1, on March 16, 2022, the foregoing **Motion to Expedite Hearing** has been served on and/or endorsed by all necessary parties.

Massie Law Firm, PC
Joseph Massie, III, Esquire (Bar No. 35472)
115 N. 1st Street
Richmond, VA 23219
(804) 644-4878 (T)
(804) 644-4874 (F)
}

                                    }     Case Np. 18-35505-KLP
Loran Brown
Debtor                                                         }
                                    }
                                    }     Chapter 13

March 16, 2022                      RESPECTFULLY SUBMITTED
                                    Loran Brown

                              By /s/: Joseph Massie, III
                                 Joseph Massie, III
                                 115 N. 1st Street
                                 Richmond, VA 23219-2125
                                 (804) 644-4878 (T)
                                 (804) 644-4874 (F)

Massie Law Firm, PC
Joseph Massie, III, Esquire (Bar No. 35472)
115 N. 1st Street
Richmond, VA 23219
(804) 644-4878 (T)
(804) 644-4874 (F)
}

}         Case Np. 18-35505-KLP
Loran Brown
Debtor                            }
                                  }
                                  }         Chapter 13

IN THE UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
Richmond Division

In re: Loran Brown                                   Case Number 18-35505-KLP
                                                     Chapter 13

    Debtor

## MOTION TO SHORTEN NOTICE PERIOD

COMES NOW, Loran Brown, ("the Debtor"), by Counsel, and file this Motion to Shorten the Notice Period for the Motion to Extend Automatic Stay pursuant to 11 USC §364(a) and 1304, Federal Rules of Bankruptcy Procedure 4001(c) and 9013, and Local Bankruptcy Rules 9013-1. In support thereof, Debtor respectfully states the following:

### Jurisdiction

1. This court has exclusive jurisdiction over this matter pursuant to 28 USC §1334.
2. This proceeding is a core proceeding under 28 USC §157(b)(2)(A)(B)(K) and (O).
3. Venue is proper pursuant to 28 USC §1409.

### Facts

4. On November 1, 2018, the Debtor filed in the Honorable Court a petition for relief under Chapter 13 of Bankruptcy Code 11 USC § §1301 **et seq.**
5. Debtor seeks to shorten the notice period for the **Motion For Authority to Sell Real Estate** from twenty-one (21) days to seven (7) days.

WHEREFORE, the Debtor prays that this Court enter an Order shortening the notice period for the **Motion For Authority to Sell Real Estate.**

March 16, 2022                                   RESPECTFULLY SUBMITTED,

                                                Loran Brown

                                                                        Massie Law Firm, PC
                                       Joseph Massie, III, Esquire (Bar No. 35472)
                                                             115 N. 1st Street
                                                               Richmond, VA 23219
                                                                 (804) 644-4878 (T)
                                                                 (804) 644-4874 (F)
                                                                         }

                                                 }     Case Np. 18-35505-KLP
Loran Brown
Debtor                                              }
                                                   }
                                                 }     Chapter 13

|  |  |
|---|---|
| By: | /s/: Joseph Massie, III |
|  | Joseph Massie, III |
|  | 115 N. 1st Street |
|  | Richmond, VA 23219-2125 |
|  | (804) 644-4878 (T) |
|  | (804) 644-4874 (F) |

## CERTIFICATE OF SERVICE

I hereby certify that pursuant to Local Rule 9022-1, on March 16, 2022, the foregoing **Motion to Shorten Notice Period** has been served on and/or endorsed by all necessary parties.

March 16th, 2022                         RESPECTFULLY SUBMITTED
                                         Loran Brown

                                         By /s/: Joseph Massie, III
                                         Joseph Massie, III
                                         115 N. 1st Street
                                         Richmond, VA 23219-2125
                                         (804) 644-4878 (T)
                                         (804) 644-4874 (F)

Massie Law Firm, PC
Joseph Massie, III, Esquire (Bar No. 35472)
115 N. 1st Street
Richmond, VA 23219
(804) 644-4878 (T)
(804) 644-4874 (F)
}

|  |  |  |
|---|---|---|
|  | } | Case Np. 18-35505-KLP |
| Loran Brown |  |  |
| Debtor | } |  |
|  | } |  |
|  | } | Chapter 13 |

## IN THE UNITED STATES BANKRUPTCY COURT
### EASTERN DISTRICT OF VIRGINIA
### Richmond Division

In re: Loran Brown            Case Number 18-35505-KLP
                                            Chapter 13

       Debtor

### MOTION FOR AUTHORITY TO SELL REAL ESTATE

COME NOW, the Debtor, Loran Brown, by counsel, and in support of her request Motion for Authority to Incur Indebtedness, states as follows:

1. The Court has exclusive jurisdiction over the property in question under 28 USC Section 1334. This is a core matter.
2. On November 1, 2018, the Debtor filed a voluntary Chapter 13, bankruptcy.
3. The Debtor is a partial owner of a house at 140 Ogden Street, Westpoint ,Va. 23181.
4. The full legal description of the parcel is:

### ATTACHED EXHIBIT A

All that certain lot or tract of land lying and situate in the County of King William, State of Virginia, Known as Lot Numbered Sixty-one (61) in a settlement called Ogden Town, said settlement being about one mile north from the former boundary of the Town of West Point, but now within the limits of the Town of West Point, Virginia, as shown on Plat at Deed Book 32, Page 425.

LESS & EXCEPT that portion conveyed out in Deed Book 138, Page 140 to Commonwealth of Virginia for street improvement, dated on February 28, I 979.

It being the same property conveyed to Loran L. Scott, single person, by Deed from Caney Creek Builders, Inc., a Virginia corporation, dated October 20, 2014, recorded

Massie Law Firm, PC
Joseph Massie, III, Esquire (Bar No. 35472)
115 N. 1st Street
Richmond, VA 23219
(804) 644-4878 (T)
(804) 644-4874 (F)
}

                                       }      Case Np. 18-35505-KLP

Loran Brown
Debtor                                         }
                                         }
                                        }      Chapter 13

October 29, 2014 in the Clerk's Office of the Circuit Court of King William County, Virginia as Instrument Number 140001965.
Fe
5.      That on or about February,11th, 2022 the Debtor received a contract offer for the purchase of the home for $ 266,000.00
6.      That the Debtor believes this is a very fair market price for the property, and that this is the best sale price they could reasonably achieve.
7.      That the sell is to Nishonda James a perfect stranger to the Debtor.
8.      That the contract is set to close on or about a March 30th, 2022. Aside from approval from this Court, the sale is contingent of the Buyer's Financing, Inspection, and Appraisal. The Debtor has no reason to believe that those contingencies will fail.
9.      The Debtor will pay the net process, after various fees and settlement cost, directly to the Chapter 13 Trustee to pay off her Chapter 13 Plan.
10.
11.     Debtor request that the fourteen (14) day stay provided for pursuant to Federal Rules of Bankruptcy Procedure 6004(H) in the instant matter be waived.

WHEREFORE, the Debtor requests an Order authorizing them to incur said indebtedness and for such other relief as the Court may deem appropriate.

March 16, 2022                              RESPECTFULLY SUBMITTED,
                                            Loran Brown

                    By:         /s/: Joseph Massie, III
                                Joseph Massie, III
                                115 N. 1st Street
                                Richmond, VA 23219-2125
                                (804) 644-4878 (T)
                                (804) 644-4874 (F)


## CERTIFICATE OF SERVICE

I hereby certify that pursuant to Local Rule 9022-1, on March 16, 2022, the foregoing **Motion for Authority to Sell Real Estate** has been served on and/or endorsed by all Necessary Parties.

Massie Law Firm, PC
Joseph Massie, III, Esquire (Bar No. 35472)
115 N. 1st Street
Richmond, VA 23219
(804) 644-4878 (T)
(804) 644-4874 (F)

)       Case Np. 18-35505-KLP
Loran Brown
Debtor                                      )
                                            )
                                            )       Chapter 13

Loran Brown
Loran Brown
140 Ogden Stgreet
West Point, Va. 23181

Carl M. Bates
Chapter 13 Trustee
P.O. Box 1819
Richmond, Va. 23218

U.S. Trustee
Judy A. Robbins
Office of the U.S. Trustee
701 E. Broad Street, Ste 4303
Richmond, Va. 23219

Barclays Bank of Delaware
P.O. Box 62
Sugar Land, TX 77487

BayPort CU
Attn: Bankruptcy
1 Bayport Way
Newport News, VA 23606

BB&T
Attn: Bankruptcy
Po Box 1847
Wilson, NC 27894

Bb&t Bankcard
Carl Bates
PO Box 1819
Richmond, VA 23219

Cedar Hill National Bank
P.O. Box 37902

Massie Law Firm, PC
Joseph Massie, III, Esquire (Bar No. 35472)
115 N. 1st Street
Richmond, VA 23219
(804) 644-4878 (T)
(804) 644-4874 (F)
}

|  |  |
|---|---|
| } | Case Np. 18-35505-KLP |
| Loran Brown | |
| Debtor } | |
| } | |
| } | Chapter 13 |

Charlotte, NC 28237
IRS
P.O. Box 7346
Philadelphia, PA 19101-7346

Pay Pal Credit
P.O> Box 71202
Charlotte, NC 28272

Synchrony Bank
P. O, Box 960061
Orlando, FL 32896

Wells Fargo Home Mor
Attn: Bankruptcy
Po Box 10335
Des Moines, IA 50306

Massie Law Firm, PC
Joseph Massie, III, Esquire (Bar No. 35472)
115 N. 1st Street
Richmond, VA 23219
(804) 644-4878 (T)
(804) 644-4874 (F)
}
} Case Np. 18-35505-KLP

Loran Brown
Debtor
} 
}
} Chapter 13